## UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Shawn Maurice Brown                            Docket No. 7:07-CR-22-2F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Maurice Brown, who, upon an earlier plea of guilty to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 6, 2008, to the custody of the Bureau of Prisons for a term of 87 months. On March 6, 2012, pursuant to 18 U.S.C. § 3582(c)(2), the sentence was amended and reduced from 87 months to 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall forfeit to the United States the defendant's interest in the property specified in he preliminary order of forfeiture entered on February 6, 2008 at DE #64.

Shawn Maurice Brown was released from custody on March 12, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 15, 2014, the releasee submitted a urine specimen which revealed positive results for marijuana. Upon questioning the releasee, he admitted to smoking marijuana at a cookout during the weekend of July 4, 2014. He apologized and stated he would not smoke marijuana in the future.

Shawn Maurice Brown
Docket No. 7:07-CR-22-2F
Petition for Action

This is the first incident involving noncompliant behavior for this releasee. He is currently employed and compliant with all other conditions. It is recommended that a sanction of 24 hours of community service be imposed to address his violation behavior and all other conditions remain the same. He will be monitored closely for any future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street, Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-815-4857
> Executed On: July 23, 2014

### ORDER OF COURT

Considered and ordered this 2 r day of July, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge