# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Shawn Maurice Brown**　　　　　　　　　　　　　　**Docket No. 7:07-CR-22-2F**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Maurice Brown, who, upon an earlier plea of guilty to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 6, 2008, to the custody of the Bureau of Prisons for a term of 87 months. On March 6, 2012, pursuant to 18 U.S.C. § 3582(c)(2), the sentence was reduced from 87 months to 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the conditions ordered by the court.

Shawn Maurice Brown was released from custody on March 12, 2012, at which time the term of supervised release commenced.

On July 15, 2014, the releasee submitted a urine specimen which revealed positive results for marijuana. The court was apprised and modified the releasee's conditions to include 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 28, 2015, the releasee submitted a urine specimen which revealed positive results for marijuana. Upon questioning the releasee, he admitted to smoking marijuana at a Memorial Day party around May 25, 2015. Upon reviewing the releasee's urinalysis test log it was revealed that he was not in compliance with the surprise urinalysis program (SUP). He was admonished for both his noncompliance with SUP and his use of marijuana. The releasee denied having a drug problem and apologized for his irresponsible behavior. He agreed to serve 2 days in jail as a sanction for his behavior. Urinalysis and personal contacts have been intensified to monitor future compliance.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Shawn Maurice Brown
Docket No. 7:07-CR-22-2F
Petition for Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: June 23, 2015

### ORDER OF COURT

Considered and ordered this 23 day of Jun , 2015, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge