# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Shawn Maurice Brown                                    Docket No. 7:07-CR-22-2F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Maurice Brown, who, upon an earlier plea of guilty to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 6, 2008, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the conditions ordered by the court. On March 6, 2012, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 70 months.

Shawn Maurice Brown was released from custody on March 12, 2012, at which time the term of supervised release commenced.

On July 24, 2014, the court was apprised the releasee submitted a urine specimen which revealed positive results for marijuana. The court modified the releasee's conditions to include 24 hours of community service.

On June 23, 2015, the court was apprised the releasee submitted a urine specimen which revealed positive results for marijuana. The court modified the releasee's conditions to include 2 days in jail as a sanction. The releasee satisfied this condition on August 2, 2015.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 8, 2015, the releasee was stopped by the New Hanover County Sheriff's Department and charged with Driving with a Revoked License, Expired Registration and No Liability Insurance. The releasee was unaware that his license had been revoked. Upon checking with the Department of Motor Vehicles (DMV) he was informed his license was revoked for failing to report to court in Union County for traffic violations incurred on January 14, 2015. The releasee stated he has hired an attorney in Union County to handle the traffic violations and once they are disposed of he can apply for his license to be reinstated.

On June 23, 2015, the releasee submitted a urine specimen which revealed positive results for marijuana. Upon questioning the releasee, he admitted to smoking a marijuana cigarette with a friend. He was admonished for his use of marijuana and informed that continued use of marijuana would result in a return to court. The releasee apologized and stated he would not smoke marijuana anymore. The probation officer recommends that the releasee participate in a cognitive behavioral

Shawn Maurice Brown
Docket No. 7:07-CR-22-2F
Petition for Action
Page 2

treatment (CBT) program to assist him with making better decisions in life. Urinalysis and personal contacts have been intensified to monitor future compliance.

The releasee agreed to participate in the CBT program and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: August 25, 2015

## ORDER OF COURT

Considered and ordered this 26 day of August, 2015, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge