UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Shawn Maurice Brown                          Docket No. 7:07-CR-22-2BO

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Maurice Brown, who upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base, 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 6, 2008, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 6, 2012, the imprisonment sentence was reduced to 70 months pursuant to 18 U.S.C. § 3582(c)(2).

Shawn Maurice Brown was released from custody on March 12, 2012, at which time the term of supervised release commenced.

On July 24, 2014, the court modified Brown's conditions to include that he complete 24 hours of community service in response to his admission to using marijuana and his positive urine screen on July 15, 2014.

On June 23, 2015, the court modified Brown's conditions to include that he be confined to the Bureau of Prisons for a period of 2 days in response to his admission to using marijuana and his positive urine screen on May 28, 2015.

On August 26, 2015, the court modified Brown's conditions to include participation in a cognitive behavioral program as directed by the probation officer in response to incurring charges of Driving While License Revoked, Expired Registration, and No Liability Insurance in New Hanover County and his admission to using marijuana and his positive urine screen on July 23, 2015.

On March 18, 2016, the court modified Brown's conditions to include that he be confined to the Bureau of Prisons for a period of 4 days in response to his admission to using marijuana and incurring two counts of Driving While License Revoked in the North Carolina counties of Anson and Union in late 2015. Brown served 4 days in custody.

On January 30, 2017, the court modified Brown's conditions to include that he adhere to a curfew supported by electronic monitoring as directed by the probation officer until the he completes his term of supervised release on March 11, 2017, as a result of being charged with two counts of Driving While License Revoked in the North Carolina counties of New Hanover and Brunswick

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 15, 2017, Brown was charged with Driving While License Revoked Not by Impaired Revocation (17CR700964) and Expired Registration Card or Tag (17IF70092) in Columbus County, North Carolina. Brown called his supervising officer immediately to report the charges. These charges remain pending.

Shawn Maurice Brown
Docket No. 7:07-CR-22-2*60*
Petition For Action
Page 2

Brown's termination date for supervised release is March 11, 2017. As of the date of this report he has 16 days of supervision remaining on his federal supervised release term and a punitive sanction other than revocation is requested. Therefore, it recommended that the electronic monitoring condition be changed from a Curfew to the more restrictive Home Detention.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program until he completes the term of supervised release on March 11, 2017. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: February 23, 2017

### ORDER OF THE COURT

Considered and ordered this ___24___ day of ___Feb___, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge